DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHAWN ROBERT WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:11-cr-0006 MJS |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE/REVIEW HEARING; ORDER |
| v. | |
| SHAWN ROBERT WALLACE, | Date: January 18, 2012 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for November 1, 2011, **may be continued to January 18, 2012 at 10:00 a.m.**

This continuance is requested by counsel for defendant. Mr. Wallace has been in contact with counsel. He is currently in Chile. He will return to the United States in January. Defendant asks that his case be set for a status/trial setting on January 18, 2012, at 10:00 a.m. Continuance is requested for continuity of counsel and defense preparation. The government does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant

///

///

in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 28, 2011  /s/ Susan St. Vincent
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service

DANIEL J. BRODERICK
Federal Defender

DATED: October 28, 2011  /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
Shawn Robert Wallace

**ORDER**

The Court, having reviewed the above request for a continuance of the status conference currently set for November 1, 2011 until January 18, 2012, HEREBY ORDERS AS FOLLOWS:

The status/trial setting in the above entitled matter shall be continued to January 18, 2012 at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:   October 28, 2011    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Parker - Stipulation to Continue
Status Conference and Order